UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 09 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15MJ614-BGS |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ALAIN ALEJANDRO ROBLES-MURRIETA (2), | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Complaint:

8:1324(a)(1)(A)(ii) - Transportation of Illegal Aliens

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/9/15

Mitchell D. Dembin
U.S. Magistrate Judge